IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jonathan S. Daniels,            )
                                )
            Plaintiff,          )   Case No. 1:04-CV-294
                                )
    vs.                         )
                                )
L.A. Vachula, *et al.*,         )
                                )
            Defendants.         )

Order Adopting Report and Recommendation

On April 14, 2005, United States Magistrate Judge Timothy S. Hogan issued a Report and Recommendation in this matter.  The Magistrate Judge recommended that this action be dismissed as to the remaining defendants and terminated on the docket of this Court due to the Plaintiff's failure to prosecute.  The Plaintiff has not objected to the Magistrate Judge's conclusion that he has failed to prosecute this action by, *inter alia*, providing proof of service of the complaint upon the remaining defendants.  The Court finds no error in the Magistrate Judge's conclusion and hereby **ADOPTS** the Report and Recommendation *in toto*.  This action is **DISMISSED** as to the remaining defendants and **CLOSED** on this Court's docket.

            **IT IS SO ORDERED.**

                                    _____/s/_____
                                    Sandra S. Beckwith, Chief Judge
                                    United States District Court